**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABBOTT LABORATORIES, INC., and ABBOTT GMBH & CO. KG | ) | Case No. 1:09-CV-07968 |
| | ) | |
| Plaintiffs, | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| - vs. - | ) | |
| | ) | |
| APOTEX INC. and APOTEX CORP. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**<u>STIPULATED DISMISSAL WITHOUT PREJUDICE</u>**

WHEREAS, plaintiffs Abbott Laboratories, Inc. and Abbott GmbH & Co. KG

(collectively "Abbott") filed suit against defendants Apotex Inc. and Apotex Corp. (collectively

"Apotex") alleging that the filing of Apotex's Abbreviated New Drug Application No. 91-696

with the United States Food and Drug Administration infringed U.S. Patent No. 5,436,272;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their

undersigned counsel, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, all claims, counterclaims and defenses in the Litigation are hereby dismissed without

prejudice and that each party shall bear its own costs and fees, including attorneys' fees.

EAST\43731929.2

Dated:  October 20, 2010

AGREED TO AND STIPULATED TO BY:

 s/ Raj N. Shah
Raj N. Shah
DLA PIPER LLP (US)
203 North LaSalle Street
Suite 1900
Chicago, IL 60601-1293
Phone: (312) 368-8904
Fax: (312) 251-5714

Of Counsel
Stuart E. Pollack
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: 212.335.4964
Fax: 212.884.8464

Admitted *pro hac vice*:
John Allcock
Rick Mulloy
Erica Pascal
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone: (619) 699 2700
Fax: (619) 699 2701

Sarita Pendurthi Venkat
ABBOTT LABORATORIES
100 Abbott Park Road
Abbott Park, Illinois, 60064

*Attorneys for Abbott Laboratories, Inc. and*
*Abbott GmbH & Co., KG*

 s/ Keith D. Parr
Keith D. Parr, P.C.
Kevin M. Nelson
James T. Peterka
David B. Abramowitz
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0497

*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp.*

EAST\43731929.2

3

SO ORDERED this ___ day of _____, 2010.


_____
Honorable Rebecca R. Pallmeyer
United States District Judge

EAST\43731929.2